UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20584
Summary Calendar

_____

MICHAEL RICHIE,

Plaintiff-Appellant,

versus

GARY JOHNSON, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; CAROL
VANCE; ELLEN J. HALBERT, Vice Chairwoman,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 97-CV-1027

_____

August 31, 1999

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Michael Richie, Texas inmate # 349726, appeals *pro se* the
dismissal, for failure to state a claim upon which relief can be
granted, of his 42 U.S.C. § 1988 civil rights action. He contends
that his due process rights were violated when the Texas Department
of Criminal Justice refused to restore good-time credit which he
lost on return to prison after revocation of his parole. Unlike in

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

- 1 -

district court, Richie does not assert that his equal protection rights and the Ex Post Facto Clause were violated.  Those claims, therefore, are deemed abandoned.  *See* **Yohey v. Collins**, 985 F.2d 222, 223-24 (5th Cir. 1993).

Because Richie lacks a constitutionally protected liberty interest in the restoration of the good-time credit, he fails to state a claim upon which relief may be granted.  *See* **Hallmark v. Johnson**, 118 F.3d 1073, 1079-80 (5th Cir.) *cert. denied*, 118 S. Ct. 576 (1997).  Accordingly, the dismissal of his action is

*AFFIRMED.*